```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
Squarepoint Ops, LLC,               :
                                    :    19 Civ. 7317 (LAP)
                Plaintiff(s),       :
                                    :         ORDER
        -against-                   :
                                    :
Vojislav Sesum,                     :
                                    :
                Defendant(s).       :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel for plaintiff shall inform Judge Preska by letter no later than January 15, 2021 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                      */s/ Loretta A. Preska*

                                      LORETTA A. PRESKA,

                                      Senior U.S.D.J.

Dated: January 7, 2021

New York, New York